# RETURN

☒ FILED   ☐ LODGED
**Nov 21 2023**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Case No.: 23-03331MB

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11-9-23 | 11-21-23 10:00 AM | N/A |

**INVENTORY MADE IN THE PRESENCE OF**

W. Akins / A. Atayde

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

415 grams of Zolpidem tablets

Packaging material

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 11-21-23

_____
Executing Officer's Signature

William P. Akins, Postal Inspector
Printed Name and Title